# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRAIG DAVID ERVING,

        Petitioner,         Case Number: 2:08-CV-12258

v.         HONORABLE DENISE PAGE HOOD

BLAINE LAFLER,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated April 29, 2010, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 29th day of Aprl, 2010

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:   s/ Wm. F. LWIS
        Deputy Clrk

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon Craig Erving, Reg. No. 185366, Carson City Correctional Facility, 10522 Boyer Rd., Carson City, MI 48811 and counsel of record on April 29, 2010, by electronic and/or ordinary mail.

        S/William F. Lewis
        Case Manager

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRAIG DAVID ERVING,

        Petitioner,         Case Number: 2:08-CV-12258

v.         HONORABLE DENISE PAGE HOOD

BLAINE LAFLER,

        Respondent.
_____/

## **JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated __April 29, 2010__, this cause of action is DISMISSED.

    Dated at Detroit, Michigan this __29th__ day of __Aprl__, 2010

                DAVID J. WEAVER
                CLERK OF THE COURT

        BY:    s/ Wm. F. LWIS
                Deputy Clrk

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon Craig Erving, Reg. No. 185366, Carson City Correctional Facility, 10522 Boyer Rd., Carson City, MI 48811 and counsel of record on April 29, 2010, by electronic and/or ordinary mail.

                S/William F. Lewis
                Case Manager